# COURT MINUTES

Page 13

## Magistrate Judge Barry L. Garber

**King Building Courtroom 10-4**     Date: 9.6.2013     Time: 10:00 AM

Defendant: Guimy Beaubrun     J#: 01848-104     Case #: 13-3255-Garber

AUSA: Kevin Quencer     Attorney: AFPD – S. BRarathi

Violation: Fraud / Misuse of Visa Permits

Proceeding: PTD     CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Creole

Disposition:
*P/A 9/17/13* – Govt proffered – Govt reg. PTD – U.S. Customs officer Fernandez / Swan – Testified – Cross exam – No direct

Court orders – PTD risk of flight.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:17:21     Time in Court: 5